PROB 19
(Rev. 5/92)

# United States District Court

for

**Western Texas**

U.S.A. vs **WILLIE BEN LARA**                                   Docket No.     P-98-CR-173

TO: ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICIAL

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>**WILLIE BEN LARA** |||SEX<br>Male | RACE<br>W/H | AGE<br>38 |
| ADDRESS (STREET, CITY, STATE)<br>**In Custody    (USM# 88191-080)** |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>U.S. District Court, Western District of Texas |||| DATE IMPOSED<br>November 9, 1998 |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>Western District of Texas (Pecos, Texas) |||||
| CLERK<br>William Putnicki<br>Western Texas | (BY) DEPUTY CLERK<br>*[signature]* ||| DATE<br>6/27/06 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| NAME | (BY) || DATE |

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for  Western  . District of  Texas  ;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."