

U.S. Department of Justice

Federal Bureau of Prisons

Designation & Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, Texas 75051

November 3, 2006

FILED
NOV 13 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

The Honorable Robert A. Junell
Judge of the U.S. District Court
  for the Western District of Texas
United States Courthouse
410 South Cedar Street
Pecos, TX 79772

**Re:  LARA, Willie Ben, Jr.**
      Reg. No. 88191-080
      Docket No. P-98-CR-173(01) RAJ

Dear Judge Junell:

This is in response to the Court's recommendation that Willie Ben Lara serve his term of confinement at the facility in Seagoville, Texas. Mr. Lara was sentenced in your court to a 12-month term for violation of Supervised Release.

Unfortunately, we were unable to follow the Court's recommendation. Mr. Lara has been classified as a minimum security level offender. The minimum security level facility recommended by the Court is currently experiencing population pressures. Accordingly, Mr. Lara has been designated to the Limestone County Detention Center in Groesbeck, Texas.

Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

Sincerely,

Rebecca Tamez
Chief

cap
cc: Warden, Limestone County Detention Center